AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

ANNA M. BAKER KHEEL, a married woman,

                Plaintiff,

                    v.

STONE STREET, CAPITAL INC., a Pennsylvania Corporation; SETTLEMENT CAPITAL CORPORATION, a Texas Corporation; NEAL J. MARKOWITZ, attorney at law, and JANE DOE MARKOWITZ, and their marital community,        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-05-238-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that all of Plaintiff's claims, with the exception of the allegations of late payments to Plaintiff and the alleged missed payment in January 2003, against Defendants Settlement Capital and Stone Street are DISMISSED WITH PREJUDICE pursuant to the Order entered on October 26, 2006, Ct. Rec. 40.

November 22, 2006                   JAMES R. LARSEN
*Date*                                              *Clerk*

                                                                     s/ Cora Vargas
                                                                     *(By) Deputy Clerk*

                                                                     Cora Vargas