UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNA M. BAKER KHEEL, a married woman, | NO. CV-05-0238-LRS |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| -vs- | |
| STONE STREET, CAPITAL INC., a Pennsylvania Corporation; SETTLEMENT CAPITAL CORPORATION, a Texas Corporation; NEAL J. MARKOWITZ, attorney at law, and JANE DOE MARKOWITZ, and their marital community, | |
| Defendants. | |

Pursuant to the stipulation of the parties (Ct. Rec. 44), filed December 4, 2006, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

**DATED** this 11th day of December, 2006.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1